# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Valentin Alcantara Morales

        Plaintiff,

v.                                                        Case No.: 1:25−cv−13259

        Honorable Sara L. Ellis

Kristi Noem

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 4, 2025:

    MINUTE entry before the Honorable Sara L. Ellis: In court hearing held on 12/2/2025. Petition for writ of habeas corpus and complaint for emergency injunctive relief [1] is denied for the reasons stated on the record. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.