**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Valentin Alcantara Morales, | |
| Plaintiff(s), | Case No.  25-cv-13259 |
| v. | Judge Sara L. Ellis |
| Noem et al, | |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

         which ☐ includes     pre–judgment interest.
                      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Petition for writ of habeas corpus and complaint for emergency injunctive relief is denied.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a petition for writ of habeas corpus.

Date:   12/2/2025                 Thomas G. Bruton, Clerk of Court

                                           Rhonda Johnson, Deputy Clerk